```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MIRZO ATADZHANOV,<br><br>                               Plaintiff,<br><br>        -against-<br><br>THE NEW YORK CITY; DEPARTMENT OF CORRECTION,<br><br>                               Defendants. | 21-CV-2911 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, United States District Judge:

On July 2, 2021, the Court received a letter from Plaintiff Mirzo Atadzhanov, *see* ECF No. 8, requesting to close this action because "Rikers Island's officials resumed religious services as of 06/18/21," and his request for relief is therefore moot. The Court grants Plaintiff's request. This action is therefore withdrawn pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

## CONCLUSION

The action is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a).

This order closes this case.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

The Clerk of Court is further directed not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff is directed to suspend any previously authorized monetary deduction from Plaintiff's prison trust account for this lawsuit.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 6, 2021
       New York, New York

                                              COLLEEN McMAHON
                                          United States District Judge